146 So. 915

**Merwyn AKIN v. P. H. LEWIS, Adm'r.**

**7 Div. 173.**

Supreme Court of Alabama.
Feb. 23, 1933.

London, Yancey & Brower, of Birmingham, for appellant.

W. T. Starnes, of Pell City, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

147 So. 919

**Susie Mae BARROW v. John LINDSEY.**

**5 Div. 136.**

Supreme Court of Alabama.
April 6, 1933.

W. Howell Morrow, of West Point, Ga., and Holley, Milner & Holley, of Wetumpka, for appellant.

Jacob A. Walker, of Opelika, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

147 So. 919

**Lee BENNETT v. Mary R. HOLLIS.**

**2 Div. 10.**

Supreme Court of Alabama.
March 23, 1933.

R. I. Jones, of Linden, for appellant.
George Pegram, of Linden, for appellee.

PER CURIAM.
Affirmed for want of assignment of errors.

147 So. 919

**BIRMINGHAM TRUST & SAVINGS CO., Admr., v. JOHNSON–CARR CO.**

**6 Div. 202.**

Supreme Court of Alabama.
April 3, 1933.

PER CURIAM.
Reversed and remanded as per agreement.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.